[No. 40993-0-I.    Division One.    March 15, 1999.]

SPACELABS MEDICAL, INC., *Appellant*, v. GREG FARAH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-13863-1, Fred R. Butterworth, J. Pro Tem., entered June 24, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Ellington, J.

[No. 42516-1-I.    Division One.    March 15, 1999.]

T.R.E.C.K., INC., *Appellant*, v. VALENTINA E. SNOW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-01803-8, Gerald L. Knight, J., entered March 29, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Grosse, J.

[No. 42905-1-I.    Division One.    March 15, 1999.]

WILLIAM JOHNSON, ET AL., *Appellants*, v. GOLF U.S.A., INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-19294-3, Glenna Hall, J., entered May 29, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.

[No. 16329-6-III.    Division Three.    March 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SAMUEL BRAYA, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 96-1-00101-3, Kenneth L. Jorgensen, J., entered December 2, 1996. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.